1
2
3          UNITED STATES DISTRICT COURT
4          EASTERN DISTRICT OF WASHINGTON
5
ANTHONY SPEARMAN,                           No.  2:13-CV-5089-JTR
6
7              Plaintiff,                    ORDER GRANTING STIPULATED
                                             MOTION TO REMAND
8          v.                               PURSUANT TO SENTENCE FOUR
                                             OF 42 U.S.C. § 405(g)
9
CAROLYN W. COLVIN,
10  Commissioner of Social Security,
11
12             Defendant.
13

14          **BEFORE THE COURT** is the parties' stipulated Motion to Remand the

15  above-captioned matter to the Commissioner for additional administrative

16  proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 22.

17  Attorney D. James Tree represents Plaintiff; Special Assistant United States

18  Attorney Jeffrey Eric Staples represents Defendant.  The parties have consented to

19  proceed before a magistrate judge.  ECF No. 4.  After considering the file, and

20  proposed order,

21          **IT IS ORDERED:**

22          1.     The parties' Stipulated Motion to Remand, **ECF No. 22**, is

23  **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the

24  Commissioner of Social Security for further administrative proceedings pursuant to

25  sentence four of 42 U.S.C. § 405(g).

26          On remand, the administrative law judge (ALJ) will hold a new hearing and

27  issue a new decision.  Specifically, the ALJ shall:  (1) re-evaluate Plaintiff's mental

28  impairments pursuant to the special technique in 20 C.F.R. 404.1520a;


ORDER GRANTING STIPULATED MOTION TO REMAND . . . - 1

(2) reconsider Plaintiff's residual functional capacity, and in so doing, further evaluate the medical opinion evidence in the record; (3) re-evaluate the evidence at step four of the sequential evaluation process, regarding whether Plaintiff has past relevant work he is capable of performing (Social Security Rulings 82-61 and 82-62); (4) seek supplemental vocational expert testimony, if warranted, to determine whether there are a significant number of jobs in the national economy that Plaintiff can perform; and (5) conduct the further proceedings required to determine if Plaintiff's substance use is a contributing factor material to a finding of disability (Social Security Ruling 13-2p).  The ALJ will take any other actions necessary to develop the record, and Plaintiff may submit additional documentary evidence and present additional testimony to the ALJ on remand.

       2.      Judgment shall be entered for **PLAINTIFF**.

       3.      Plaintiff's Motion for Summary Judgment, **ECF No. 17**, is **STRICKEN AS MOOT**.

       4.      An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and **CLOSE THE FILE**.

DATED May 29, 2014.



_____

JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION TO REMAND . . . - 2